**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

WENDY CHICKAWAY, INDIVIDUALLY,
AND AS ADMINISTRATOR AND PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BRANDON PHILLIPS, A MINOR,
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF BRANDON
PHILLIPS, DECEASED,

Plaintiff

v.                                                    CIVIL ACTION NO. 4:11-CV-00022 CWR LRA

UNITED STATES OF AMERICA,

Defendant

## PLAINTIFF'S EXHIBITS

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|--------|---------------|---------|-----|------|
| P-1 | Medical Records – Choctaw Health Center  P1 - 000001-000547 | | | X |
| P-2 | Choctaw Health Center Billing Records – P2 - 000001-000043 | | | X |
| P-3 | Choctaw Health Center Radiology Records (Films) | | | X |
| P-4 | Neshoba County General Medical Records – P4 - 000001 - 000033 | | | X |
| P-5 | Neshoba County General Billing Records – P5 - 000001 - 000009 | | | X |
| P-6 | Leake Memorial Hospital Medical Records – P6 - 000001 - 000009 | | | X |
| P-7 | Leake Memorial Hospital Billing Records – P7 - 000001 - 000005 | | | X |
| P-8 | Leake Memorial Hospital Radiology Records – (1 CD) | | | X |

[handwritten annotations in left margin: 8/13 beside each row]

| NUMBER | DESCRIPTION | SPONSOR | ID | EVID |
|--------|-------------|---------|-----|------|
| P-9 | University of Mississippi Medical Center Medical Records – P9 - 000001-003968 | | | X |
| P-10 | University of Mississippi Medical Center Billing Records – P10 - 000001 – 000306 | | | X |
| P-11 | University of Mississippi, University Physicians  Billing Records – P11 - 000001 – 000029 | | | X |
| P-12 | Radiology Records – University of Mississippi Medical Center (5 CDs) | | | X |
| P-13 | Dr. Steven Shore – CV | | | X |
| P-14 | Dr. John Spangler – CV | | | X |
| P-15 | Dr. Bruce Brawner – CV (Withdrawn by Plaintiffs) | | | |
| P-16 | John Koerber – CV (Withdrawn by Plaintiffs) | | | |
| P-17 | Family Photographs | | | X |
| P-18 | Form 95 for Brandon Phillips (Withdrawn by Plaintiffs) | | | |
| P-19 | Form 95 for Miya Steve (Withdrawn by Plaintiffs) | | | |
| P-20 | Form 95 for Teara Phillips (Withdrawn by Plaintiffs) | | | |
| P-21 | Form 95 for Tryeston Thompson (Withdrawn by Plaintiffs) | | | |
| P-22 | Form 95 for Wendy Chickaway (Withdrawn by Plaintiffs) | | | |

(Handwritten dates in left margin: 8/13 next to P-9, 8/13 next to P-10, 8/13 next to P-11, 8/13 next to P-12, 8/13 next to P-13, 8/13 next to P-14, 8/13 next to P-17)

| | **NUMBER** | **DESCRIPTION** | **SPONSOR** | **ID** | **EVID** |
|---|---|---|---|---|---|
| 8/13 | P-23 | Brandon Phillips – Death Certificate | | | X |
| 8/14 | P-24 | Funeral and Burial Expenses | | | |
| 8/13 | P-25 | National Vital Statistics Report – US Life Tables 2006 | | | X |
| 8/14 | P-26 | Neshoba County Courthouse Records - Academic file of Brandon Phillips (Neshoba County School District) | | | X |
| 8/13 | P-27 | Summary Chart - Past Medical Expenses | | | X |
| 8/14 | P-28 | Summary Chart - Funeral & Burial Expenses | | | |
| 8/13 | P-29 | Summary Chart - Lost Earning Capacity | | | X |
| 8/14 | P-30 | Summary Chart – Total Damages | | | |
| 8/15 | P-31 | Emergency Medicine (A Comprehensive Study Guide 6th Ed.) | Dr. Hannapel | X | |
| 8/15 | P-32 | UpToDate article "Approach to the Child with a Limp" | Dr. Hannapel | X | |