UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WENDY CHICKAWAY, INDIVIDUALLY, **PLAINTIFFS**
AND AS ADMINISTRATOR AND
PERSONAL REPRESENTATIVE OF THE
ESTATE OF BRANDON PHILLIPS, A
MINOR, AND ON BEHALF OF ALL
WRONGFUL DEATH BENEFICIARIES
OF BRANDON PHILLIPS, DECEASED
v.     CIVIL ACTION NO. 4:11-cv-22 CWR LRA

UNITED STATES OF AMERICA     **DEFENDANT**

## DEFENDANT'S EXHIBITS

| | **NUMBER** | **DESCRIPTION** | **SPONSOR** | **ID** | **EVID** |
|---|---|---|---|---|---|
| 8/13 | D-1 | Choctaw Health Center Medical Records for Brandon Phillips; Bates Numbered *Chickaway-00075 to 00546* | | | X |
| 8/13 | D-2 | Choctaw Health Billing Records; Bates Numbered *Chickaway-00552-00594* | | | X |
| 8/13 | D-3 | Choctaw Health Center X-Rays and CT from 04/07/2007 (No Bates Number) | | | X |
| 8/13 | D-4 | Choctaw Health Center EMS Trip Report; Bates Numbered *Chickaway-00547* | | | X |
| 8/14 | D-5 | Neshoba Central Elementary School Medical Records; Bates Numbered *Chickaway-00549-00550* | Nurse Peeples | | X |
| 8/16 | D-6 | Choctaw Health Center Referral Form; Bates Numbered *Chickaway-00595* | Nurse Practitioner McDonald | | X |
| 8/13 | D-7 | Choctaw Health Center Emergency Service Log; Bates Numbered *Chickaway-00596 – 00599* | | | X |
| 8/13 | D-8 | Wendy Chickaway's Original undated notes; Bates Numbered *Chickaway-00596-0599* | | | X |

| | NUMBER | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|---|
| 8/13 | D-9 | CV of Robert Houston Hardin, Jr., M.D. | | | X |
| 8/13 | D-10 | CV of Andrew C. Hannapel, M.D. | | | X |
| | D-11 | Medical Literature – Septic Arthritis – Pediatric Hip – Wheeless' Textbook of Orthopedics. | | | |
| 8/13 | D-12 | Neshoba County Billing Records dated August 1, 2007; Bates Numbered *Chickaway 00608-00610* | | | X |
| 8/13 | D-13 | Leake Memorial Hospital Billing Records (Demand Bill and Account Status); Bates Numbered *Chickaway—00612-00613* | | | X |
| 8/13 | D-14 | University of Mississippi Medical Center Billing Records; Bates Numbered *Chickaway-00614-00727* | | | X |
| 8/13 | D-15 | University Physicians, PLLC, Itemized Statement dated May 15, 2008 (Unredacted) | | | X |
| 8/13 | D-16 | Division of Medicaid Listing of All Paid Claims dated May 7, 2009 | | | X |
| 8/13 | D-17 | Letter from Division of Medicaid dated May 7, 2009, stating that Medicaid Claims paid were $91,766.30 [REDACTED] | | | X |
| | D-18 | Copy of Check Number 433812, dated June 25, 2007, from the Mississippi Band of Choctaw Indians for funeral expenses of Brandon Phillips in the amount of $2525.00 [REDACTED] | | | |
| 8/13 | D-19 | Form 95 for Miya Steve, Teara Phillips, Tryeston & Wendy Chickaway | | | X |
| 8/14 | D-20 | UpToDate article "Bacterial arthritis: Clinical Features and Diagnosis in Infants and Children" | Dr. Spangler | | X |

| | | | | | |
|---|---|---|---|---|---|
| 8/14 | D-21 | UpToDate article "Overview of Hip Pain in Childhood" | Dr. Spangler | | X |
| 8/14 | D-22 | Diagram of Pediatric Septic Hip | Dr. Hardin | | X |
| 8/15 | D-23 | Medical Record of Brandon Phillips from Choctaw Health Center on 4/7/07 | Dr. Hannapel | | X |