# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| WENDY CHICKAWAY, INDIVIDUALLY, AND AS ADMINISTRATOR and PERSONAL REPRESENTATIVE OF THE ESTATE OF BRANDON PHILLIPS, A MINOR, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF BRANDON PHILLIPS, DECEASED | PLAINTIFF |
| v. | Civil Action No. 4:11-CV-22 CWR LRA |
| UNITED STATES OF AMERICA | DEFENDANT |

## FINAL JUDGMENT

From August 13 through 16, 2012, a bench trial was held in this matter. On December 20, 2013, this Court issued a Memorandum Opinion and Order making findings of fact and resolving the parties' disputed issues of law. Docket No. 112. With every issue in this case now finally resolved, the Court finds that this case should be closed and that judgment should be entered in favor of plaintiff Wendy Chickaway against the United States of America in the amount of $1,903,961.03, upon which postjudgment interest shall accrue in accordance with 31 U.S.C. § 1304(b)(1)(A). That sum is comprised of $1,403,961.03 in economic damages and $500,000 in non-economic damages for the death of Brandon Phillips. Costs are assessed against the United States. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Wendy Chickaway against the United States of America for $1,903,961.03, and that this case is dismissed with prejudice.

**SO ORDERED**, this the 23rd day of December, 2013.

                                                              s/ Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE